UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

PATRICIA A. MORRIS,

        Defendant.
_____/

No. CIV. S-10-0614 FCD KJM

**O R D E R**

        The defendant in this matter, PATRICIA A. MORRIS, is now appearing in propria persona. Under Local Rule 302(c)(21) this matter is REFERRED to Magistrate Judge Kimberly J. Mueller for all pretrial scheduling and proceedings.

        IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are **VACATED**. Any pending requests shall be referred to the magistrate.

        IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: **CIV S-10-0614 FCD KJM PS**.

DATED: June 21, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE