IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                    No. CIV S-10-614 FCD KJM PS

   vs.

PATRICIA MORRIS,

        Defendant.                ORDER

_____/

        The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On December 10, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed a response, which the court will contrue as objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 10, 2010 are adopted in full;

2. Plaintiff's motion for summary judgment (Docket No. 14) is granted;

3. Plaintiff's lodged [Proposed] Order Granting Motion for Summary Judgment (Docket No. 24-1) and lodged [Proposed] Order of Expungement and Permanent Injunction (Docket No. 24-2) is entered;

4. The UCC Financing Statement filed by defendant against Revenue Officer Bugos is declared null, void, and without legal effect;

5. The court expunges and removes any record of the UCC Financing Statement from the official records of the Secretary of State for the State of California;

6. The court grants leave to file any order or judgment obtained in the present case with the Secretary of State for the State of California, and in the public records of any other jurisdiction where documents identical or similar to the UCC Financing Statement may have been filed by the defendant; and

7. The court permanently enjoins defendant Patricia A. Morris, her agents, employees, and all others in active concert or participation with the defendant from filing, or attempting to file, any document or instrument which purports to create any nonconsensual lien or encumbrance against the person or property of any employee of the United States.

DATED: January 5, 2011.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE